JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION HOSPITAL REGIONAL MEDICAL CENTER, <br><br> Plaintiff, <br><br> vs. <br><br> ENERGYSOLUTIONS, LLC, a Utah Corporation; and DOES 1 through 10, inclusive. <br><br> Defendants. | Case No: 8:20-cv-01839 DOC (DFMx) <br><br> **ORDER ON MOTION TO REMAND** <br><br> Date: November 23, 2020 <br> Time: 8:30 a.m. <br> Courtroom: 9D – Hon. David O. Carter |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Motion to Remand ("Motion") filed by Plaintiff came on regularly for hearing on November 23, 2020, before the Honorable Judge David O. Carter judge presiding over the above entitled Court.

After full consideration of the papers filed in support and opposition to the Motion, the declaration in support of the Motion, the other documents lodged and on file herein, and good cause appearing therefore,

///
///
///
///

IT IS HEREBY ORDERED THAT Plaintiff's Motion is hereby GRANTED. The above entitled action is remanded back to Orange County Superior Court. All pending dates are vacated and this case is closed.

.

**IT IS SO ORDERED.**

Dated:  November 24, 2020          _____
                                                                    JUDGE. DAVID O. CARTER